**Willie J. HARRISON, Plaintiff–Appellant,**

v.

**Rickie HARRISON; Mike Williams, Lieutenant, Horticulture Supervisor of Kershaw Correctional Institution; Ms. Weiss, Grievance Coordinator, Defendants–Appellees.**

No. 01–6450.

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided July 31, 2001.

Willie J. Harrison, pro se.

Terry B. Millar, Terry B. Millar, L.L.C., Rock Hill, SC, for appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Willie J. Harrison appeals from the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm the district court's order granting summary judgment in favor of Defendants. *See* 42 U.S.C.A. § 1997e(e) (West Supp. 2000); *Carter v. Morris,* 164 F.3d 215, 219 n. 3 (4th Cir.1999); *Adams v. Rice,* 40 F.3d 72, 75 (4th Cir.1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*